# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:04CV595-H

| | |
|---|---|
| LANI D. POWELL, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>)<br>BANK OF AMERICA, N.A., )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court after receiving a telephone call from the pro se Plaintiff this date, requesting an extension of time to respond to the Defendant's Motion for Summary Judgment until August 31, 2005. In light of the Plaintiff's pro se status, the Court will grant her oral motion.

**NOW THEREFORE, IT IS ORDERED:**

1. The pro se Plaintiff shall have until August 31, 2005 to file her response, including any evidence, to the Defendant's Motion for Summary Judgment.

2. The Clerk is directed to send copies of this Order and Notice to counsel for the Defendant; and to the pro se Plaintiff, that is, Lani D. Powell, 12931 Planters Row Drive, Charlotte, North Carolina, 28278.

**SO ORDERED.**

**Signed: August 24, 2005**

*Carl Horn, III*
───────────────────────────────

Carl Horn, III
United States Magistrate Judge