# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lani D. Powell,

    Plaintiff(s),

vs.

Bank of America, N.A.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-495-H

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2005 Order.

Signed: September 23, 2005

Frank G. Johns, Clerk
United States District Court